```
JASON HONAKER SBN251170
1860 El Camino Real #238
Burlingame, CA 94010
Telephone: (650) 259-9200
Facsimile: (877) 218-4033

Attorney for Debtors,
Ramon David and Rosalina David
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>RAMON DAVID<br><br>and ROSALINA DAVID,<br><br>Debtors. | Case No.: 10-31048<br><br>STIPULATION TO VACATE TRIAL DATE SET FOR DECEMBER 1, 2010<br><br>Judge: Dennis Montali |

STIPULATION TO VACATE TRIAL DATE SET FOR DECEMBER 1, 2010

The parties stipulate that the trial date set for December 1, 2010 before the Honorable Judge Dennis Montali be vacated.

Dated: November 2, 2010

/s/ Lilian Tsang
Lilian Tsang,
Attorney for Trustee,
David Burchard

Dated: November 2, 2010

/s/ Jason Honaker
Jason Honaker,
Attorney for Debtors,
Ramon and Rosalina David